FILED
June 13, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: \_\_\_Melanie Miller\_\_\_
DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| **TIJA MITCHELL,** | § | |
| Plaintiff | § | |
| | § | |
| v. | § | Case No. 6:20-CV-00083-ADA-JCM |
| | § | |
| **ENSEMBLE RCM, LLC,** | § | |
|   assumed named **ENSEMBLE HEALTH** | § | |
|   **PARTNERS** | § | |
| Defendant | § | |

## ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff TIJA MITCHELL ("Mitchell") and Defendant ENSEMBLE RCM LLC, assumed name Ensemble Health Partners ("Ensemble") (collectively, the "Parties") have filed a Joint Motion for Dismissal with Prejudice. The Court, having considered the Parties' Joint Motion, finds that it is well-taken and should be GRANTED.

IT IS THEREFORE ORDERED that all claims and causes of action brought by Plaintiff TIJA MITCHELL against Defendant ENSEMBLE RCM LLC assumed name Ensemble Health Partners in the above-entitled and numbered action are fully and finally DISMISSED with prejudice and that this lawsuit in its entirety is also fully and finally DISMISSED with prejudice. IT IS FURTHER ORDERED that each party will bear his/her and its own attorney's fees and costs.

SIGNED this \_\_13th\_\_ day of \_\_\_\_June_____, 2022.

_____
JEFFREY C. MANSKE
UNITED STATES MAGISTRATE JUDGE

**ORDER OF DISMISSAL WITH PREJUDICE**

AGREED AS TO FORM:

By: ____/s/_____
GAIL L. PEEK
State Bar No. 24028749
BEARD KULTGEN BROPHY BOSTWICK & DICKSON, PLLC
220 South Fourth Street
Waco, Texas 76701
PH: (254) 776-5500
FAX: (254) 776-3951
EMAIL:  peek@thetexasfirm.com

**COUNSEL FOR PLAINTIFF**

By: ____/s/_____ (with permission)
Hunter Johnson
Texas Bar No. 10753900
Federal Bar No. 27573
hjohnson@constangy.com
**CONSTANGY, BROOKS, SMITH & PROPHETE, LLP**
1201 Elm Street, Suite 2550
Dallas, Texas 75270
Telephone: (214) 646-3421
Facsimile: (972) 865-4791

**COUNSEL FOR DEFENDANT**

**ORDER OF DISMISSAL WITH PREJUDICE**